UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| BLAIR L. STRONG, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:13-cv-296 |
| ) | |
| CITY OF ATHENS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, the defendants' motion for judgment on the pleadings [Doc. 15] should be **DENIED as moot**, defendants' motion for summary judgment [Doc. 36] should be **GRANTED**, and this case should be **DISMISSED**. The Clerk is **DIRECTED** to close this case.

IT IS SO ORDERED.

                                            s/ Thomas W. Phillips
                                  SENIOR UNITED STATES DISTRICT JUDGE